## ERICKSON v. STEVENSON.

Where appellant files no abstract or brief, the appeal is deemed abandoned and the judgment will be affirmed.

(Opinion filed, December 30, 1906.)

Appeal from Circuit Court, Moody County. Hon. JOSEPH W. JONES, Judge.

Action by Regina Erickson against Andrew. G. Stevenson. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

*George Rice* and *Lewis Benson,* for appellant.   *Joe Kirby,* for respondent.

HANEY, J.   This cause was submitted under rule 21, at April term, 1905.   Appellant having filed no abstract or brief, the appeal is deemed abandoned;   State v. Allison, 21 S. D. — 108 N. W. 556; Benedict v. Smith, 10 S. D. 35, 71 N. W. 139; Giles v. Mining Co., 11 S. D. 222, 76 N. W. 928, and the judgment of the circuit court is affirmed.

CORSON, J., not sitting.